**PARKER & CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
Email: DanielParker @ aol.com

February 14, 2020

Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

*Application granted.*

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

2/14/20

Re: **United States v. Colin Burnett**
**19 Cr 375 (CS)**

Dear Judge Seibel:

    I am the attorney for Colin Burnett, the defendant in the above-captioned matter. I write requesting permission for Mr. Burnett to move from his apartment today and to have permission to remain out of his residence from 11 a.m. to 6 p.m. to bring many of his belongings to a storage facility. Probation will re-install the home detention monitoring system at his new residence, where he will be living with a friend.

    I have spoken with his probation officer, Kathleen Stotts,[1] and Ms. Stotts does not object to this request.

    Mr. Burnett is unable to pay his rent and he just learned that he must move today. He needs to store many of his belongings in a storage facility. Pursuant to Your Honor's prior order, Mr. Burnett is on home detention and is not permitted to leave his residence, but for court appearances in this district.

    I write requesting that you amend the terms and conditions of the defendant's bill pursuant to the requests set forth in this letter.

    Thank you for your consideration in this matter.

Very truly yours,
/s/
Daniel S. Parker

---

[1] Mr. Burnett is being monitored in his district of residence in Atlanta, GA and Ms. Stotts can be reached at (404) 215-1892.