

Admitted in New York & New Jersey

| | |
|---|---|
| Westchester Office | Manhattan Office |
| 75 S. Broadway Suite 400 | 34 E. 23rd Street |
| White Plains, N.Y. 10601 | New York, N.Y. 10010 |
| William@Wagstaff.Legal | By Appointment Only |
| (914) 226 -3300 | |

September 17, 2020

**By ECF**

Hon. Cathy Seibel
Unites States District Judge
Southern District of New York
White Plains, NY 10601

*Re:  United States v. Colin Burnett – 19Cr735(CS)*

Dear Judge Seibel:

As you know, I represent the defendant in the above-captioned case. Consistent with your Orders and the terms of bail conditions, Mr. Burnett is on Twenty-Four – Seven house arrest at 2469 Forest Trail, Atlanta, Georgia. While here in New York for his change of plea hearing, he learned that immediate repairs to the sewer line of his home must be made. As a result, water and, consequently, the toilet and shower are inoperable until the sewer line is replaced, which due to weather conditions in Atlanta, cannot be started until this weekend.

His family has reserved alternative lodging at a local hotel until the repairs are complete (tentatively 9/21). I write to request permission that Mr. Burnett is allowed to stay at the Embassy Suites located at 4700 Southport Rd, Atlanta, GA 30337, subject to notification to United States Probation Officer Kathleen Stott of when the repairs are completed and when he can return home.

Application granted.  Mr. Burnett should keep his supervising Pretrial Services officer apprised.

Respectfully,

/s/ William O. Wagstaff III

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

9/19/20

**WAGSTAFF.LEGAL**