

Admitted in New York & New Jersey

| | |
|---|---|
| Westchester Office | Manhattan Office |
| 75 S. Broadway Suite 400 | 34 E. 23rd Street |
| White Plains, N.Y. 10601 | New York, N.Y. 10010 |
| William@Wagstaff.Legal | By Appointment Only |
| (914) 226 -3300 | |

September 25, 2020

**By ECF**

Hon. Cathy Seibel
Unites States District Judge
Southern District of New York
White Plains, NY 10601

*Mr. Burnett may travel to the funeral as requested, provided that he gives all particulars to his Pretrial Services Officer and she approves.*

SO ORDERED.

*[signature]* 9/25/20
CATHY SEIBEL, U.S.D.J.

*Re: United States v. Colin Burnett – 19Cr735(CS)*

Dear Judge Seibel:

As you directed, I have confirmation from the Government and United States Probation Officer Katherine Stotts that neither opposes the application for travel to the funeral. Officer Stotts requested, and Mr. Burnett will provide, the details of his lodging, flight, and dates of travel.

Thank you again for your attention to this request Your Honor.

Respectfully,

/s/ William O. Wagstaff III

**WAGSTAFF.LEGAL**