UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
        United States of America,

                                                    Notice of Adjournment
                                                       of Sentencing

             -against-

                                                         7:19-CR-00375 (CS) (3)


        Colin Burnett,
                             Defendant(s).
----------------------------------------------------------------X

The Sentencing previously scheduled before this Court for **February 5, 2021 at 2:15 p.m.** is adjourned to **April 20, 2021 at 12:00 p.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.


                                                      /s/ Walter Clark, Courtroom Deputy

Dated: January 25, 2021
       White Plains, New York